UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-147 |
| Plaintiff, | JUDGE Judge Watson |
| vs. | INDICTMENT |
| MOHAMED FARAH WAES, | 18 U.S.C. § 248(a)(1) |
| Defendant. | 18 U.S.C. § 875(c) |
| | 18 U.S.C. § 844(e) |

**THE GRAND JURY CHARGES:**

At all times relevant to this Indictment:

1. The defendant, **MOHAMED FARAH WAES ("WAES")**, resided in or near Columbus, Ohio, within the Southern District of Ohio.

2. Planned Parenthood of Greater Ohio (PPGOH) operates medical facilities throughout Ohio, including in Columbus, Ohio, that provide reproductive healthcare services, including abortion services. PPGOH maintains a website which clearly identifies the services it provides.

3. L.L. is a call center agent employed by the Clinical Health Network for Transformation (CHN) to answer incoming telephone calls to PPGOH.

## COUNT ONE

1. The factual allegations contained in Paragraphs 1 through 3 of the Indictment are re-alleged and fully incorporated by reference herein.

2. On or about July 5, 2022, in the Southern District of Ohio, the defendant, **MOHAMED FARAH WAES**, by threat of force, intentionally intimidated and interfered with, and attempted to intimidate and interfere with, L.L. and the employees of PPGOH, because PPGOH was and had been providing reproductive health services, and in order to intimidate L.L. and the employees of PPGOH from providing reproductive health services.

**All in violation of Title 18, United States Code, Section 248(a)(1).**

### COUNT TWO

3. The factual allegations contained in Paragraphs 1 through 3 of the Indictment are re-alleged and fully incorporated by reference herein.

4. On or about July 5, 2022, in the Southern District of Ohio, and elsewhere, the defendant, **MOHAMED FARAH WAES**, knowingly and willfully transmitted in interstate and foreign commerce, a communication, which contained a threat to injure another person, to wit: **WAES** contacted PPGOH by telephone, spoke with L.L., and indicated that he would burn down a PPGOH facility and everyone in it, or words to that effect.

**All in violation of Title 18, United States Code, Section 875(c).**

### COUNT THREE

5. The factual allegations contained in Paragraphs 1 through 3 of the Indictment are re-alleged and fully incorporated by reference herein.

6. On or about July 5, 2022, in the Southern District of Ohio, and elsewhere, the defendant, **MOHAMED FARAH WAES**, through the use of an instrument of interstate or foreign commerce, to wit: a telephone, willfully made a threat to kill, injure, and intimidate any individual and to unlawfully damage and destroy a building by means of fire and an explosive.

All in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL.

*s/Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**JENNIFER RAUSCH (OH 0075138)**
Assistant United States Attorney

**KRISTEN CLARKE**
**ASSISTANT ATTORNEY GENERAL**
**CIVIL RIGHTS DIVISION**

**DANIEL GRUNERT (DC 1721133)**
Trial Attorney